IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INFORMED CONSENT ACTION NETWORK, | § § § § § § § § § § § § | NO. 1:23-CV-1088-DAE |
| Plaintiff, | | |
| vs. | | |
| FOOD AND DRUG ADMINISTRATION, | | |
| Defendant. | | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. # 29.) The Stipulation informs the Court that the parties seek to dismiss with prejudice all claims in the case. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 1, 2025.

_____
David Alan Ezra
Senior United States District Judge